**[J-53-2026]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: NOMINATION PETITION OF AL BUCHTAN, CANDIDATE FOR SENATOR IN THE GENERAL ASSEMBLY FOR THE 46TH SENATORIAL DISTRICT | : No. 12 WAP 2026<br>:<br>: Appeal from the order of the<br>: Commonwealth Court at No. 120<br>: MD 2026, dated April 2, 2026<br>: |
| APPEAL OF: DAVE BALL, STEVE BUCAR, AND JEFF STEWART | : SUBMITTED: April 8, 2026<br>: |

**ORDER**

**PER CURIAM**                                                    **DECIDED: APRIL 10, 2026**

**AND NOW,** this 10th day of April, 2026, Appellants' Application to Supplement Record on Appeal is GRANTED, and the order of the Commonwealth Court is hereby AFFIRMED. Further, Appellee Al Buchtan's nomination petition is deemed amended to reflect his legal residence of 100 Betty Boulevard, Carmichaels, Pennsylvania 15320 in Greene County.

Opinion to follow.

Justices Dougherty, Mundy and Brobson note their dissent.